IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR309 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| ARMANDO LARA-SALDANA, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1.      That the defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 47) is denied;

2.      The Clerk is directed to mail a copy of this Memorandum and Order to the defendant at his last known address.

DATED this 22nd day of December, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge